To:
UNITED STATES
DISTRICT COURT DISTRICT
OF OREGON EUGENE DIVISION

FILED 07 OCT '20 08:40 USDC-ORE

BONDICK S. ROBERT, Pro Se.,

    Plaintiff,

v.

Case No. 6:20-cv-01728-AA

HOMES FOR GOOOD HOUSING AGENCY

    Defendant(s).

## PLAINTIFF'S COMPLAINT

Statement of facts.

1. A simple contract was signed by both the Plaintiff and Defendant on March 9th 2020.

2. On July 18th 2020, Plaintiff emailed Defendants asking why the contract (section 8 housing subsidy) has not begun paying its portion of the rent.
  Email as follows:
  "Greetings Noël,
I received a letter from HFGHA stating my section 8 voucher has expired. I have not been receiving assistance so I assume the expiration is for me to finding a property. If that is the cause I would like to add I have contacted my property management and they said you guys told'em since I live at the same address before the voucher was revoked and the last inspection was so recent at this address, a new inspection was not needed.
*Could you clarify* the cause for the expiration.
Robert Bondick".

3. On July 20th 2020, Defendants replied stating the housing subsidy finalist expired.
  Email as follows:
  "Hello Mr. Bondick,
You were issued a voucher to reinstate your subsidy when Homes For Good was under the impression that you were going to sign the settlement agreement, which stated your subsidy would be reinstated.
The notice you recently received was to inform you that your voucher has expired. Since you did not sign the settlement agreement, Homes For Good did not pursue the reinstatement process.
You are correct in that you are not currently receiving a subsidy from Homes For Good.
Sincerely,
Christi".

4. On July 20th 2020, Defendants admit not following through with our agreement. This agreement is a legal signed document bond by the law of obligations of private law under the civil law legal system.

*[signature]*      Date: 10/2/2020

Robert S. Bondick
2755 East Lone Oak Loop apt., C
Eugene Oregon, 97404
Phone: (541) 337-0079
Email: jjbonrichard@yahoo.com